**William Louis QUILLUN,
Plaintiff-Appellant,**

v.

**STATE of Missouri,
Defendant-Respondent.**

**No. WD 34250.**

Missouri Court of Appeals,
Western District.

Sept. 20, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 15, 1983.

Jeffrey K. Rath, Asst. Public Defender, David M. Strauss, Public Defender, Columbia, for plaintiff-appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for defendant-respondent.

Before TURNAGE, C.J., and DIXON, and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).